Abated and Opinion filed September 27, 2007








Abated and
Opinion filed September 27, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00165-CR

NO. 14-07-00166-CR

____________

 

DONALD CRAIG CORNETT,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from County Criminal
Court at Law No. 1

Harris County, Texas

Trial Court Cause Nos.
1389746 & 1389747

 



 

M E M O R A N D U M   O P I N I O N

On September 13, 2007,
this court was formally notified of appellant=s death and furnished a copy of
appellant=s death certificate.  The death of an appellant during the pendency of an
appeal deprives this court of jurisdiction.  See Ryan v. State, 891
S.W.2d 275 (Tex. Crim. App. 1994).  When an appellant dies after an appeal is
perfected but before this court issues the mandate, the appeal is to be
permanently abated.  See Tex. R. App.
P. 7.1(a)(2). 








Accordingly, we order the
appeals permanently abated. 

 

PER CURIAM

 

 

Opinion
filed September 27, 2007.

Panel
consists of Chief Justice Hedges, Justices Yates and Frost.

Do
not publish B Tex. R. App. P.
47.2(b).